UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 18-CR-277 (PAE) <br> 20-CV-6267 (PAE) |
| LAQUAN O'BERRY, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

Pursuant to the mandate of the U.S. Court of Appeals for the Second Circuit, the Government is directed to file an opposition to Mr. O'Berry's § 2255 motion—alleging ineffective assistance of counsel and seeking reinstatement of his right to file a direct appeal—by August 21, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 14, 2020
       New York, New York