```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                -v-                                                     :    18-CR-277 (PAE)
                                                                        :
LAQUAN O'BERRY,                                                         :    SCHEDULING ORDER
                                                                        :
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **April 15, 2021** at **9:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

*Paul A. Engelmayer* (signature)

Dated: April 7, 2021
       New York, New York

PAUL A. ENGELMAYER
United States District Judge