UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LAQUAN O'BERRY,

Defendant.

---

18 Crim. 277 (PAE)
20 Civ. 6267 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's conference, the Court dismisses O'Berry's pending 28 U.S.C. § 2255 motion without prejudice to O'Berry's right to file a separate challenge under § 2255 to his current conviction based on *United States v. Davis*, 139 S. Ct. 2319 (2019).

SO ORDERED.

*Paul A. Engelmayer* (signature)

PAUL A. ENGELMAYER
United States District Judge

Dated: April 15, 2021
       New York, New York