UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LAQUAN O'BERRY,<br><br>Defendant. | 18-CR-277 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Laquan O'Berry, which is also docketed at docket 54. The Court directs Mr. O'Berry's counsel, Xavier Donaldson, Esq., to contact Mr. O'Berry forthwith, and by Wednesday, April 25, 2023, to file a letter on the docket of this case reporting on Mr. O'Berry's status, including why Mr. O'Berry remains housed at the MDC.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 18, 2023
       New York, New York