UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LAQUAN O'BERRY,

                Defendant.

18-CR-277 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's *pro se* motion for compassionate release (Dkt. No. 70). The Court has also received a revised presentence report from the Probation Department (Dkt. No. 69) which finds Mr. O'Berry eligible for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. The Court hereby reappoints Xavier Donaldson, Esq., who represented Mr. O'Berry at his October 2, 2023 re-sentencing. The Court directs Mr. Donaldson, by **October 11, 2024,** to file a letter in support of Mr. O'Berry's compassionate release motion and a motion for a reduction of sentence pursuant to Amendment 821. The Government is directed to respond by **November 1, 2024.**

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: September 20, 2024
         New York, New York